IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Burnett, Bianca F | Case Number: 07 B 00857 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| Printed: 02/17/09 | | Filed: 1/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 6, 2009
Confirmed: April 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,145.00 | |
| Secured: | | 665.52 |
| Unsecured: | | 4,518.85 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 460.63 |
| Other Funds: | | 0.00 |
| Totals: | 8,145.00 | 8,145.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 2,500.00 |
| 2. | Capital One Auto Finance | Secured | 84.84 | 665.52 |
| 3. | Capital One Auto Finance | Unsecured | 9,082.76 | 4,518.85 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 54.66 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 93.82 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 16.39 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 27.50 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 24.81 | 0.00 |
| 9. | Emerge Mastercard | Unsecured | 25.47 | 0.00 |
| 10. | American Collection Corp | Unsecured | | No Claim Filed |
| 11. | First Premier | Unsecured | | No Claim Filed |
| 12. | Credit Protection Association | Unsecured | | No Claim Filed |
| 13. | Harris & Harris | Unsecured | | No Claim Filed |
| 14. | Gateway Chevrolet Geo | Unsecured | | No Claim Filed |
| 15. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 16. | Sun Cash Of WI | Unsecured | | No Claim Filed |
| 17. | American Collections & Credit | Unsecured | | No Claim Filed |
| 18. | Riscuity | Unsecured | | No Claim Filed |
| | | | $ 11,910.25 | $ 7,684.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 22.37 |
| 5.4% | 298.83 |
| 6.5% | 139.43 |
| | $ 460.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Burnett, Bianca F | Case Number:  07 B 00857 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/17/09 | Filed:  1/18/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*